PERRY *v.* HARPER *et al.*

DUCKWORTH, Justice. 1. This is a companion case to *Harper* v. *Perry*, ante, where it was held: "Where a motion for new trial is pending in the superior court, there is no provision of law authorizing the movant to file a second separate original motion for new trial complaining of the same verdict."

2. Inasmuch as the second motion was not authorized by law, the judgment refusing to sustain that motion will not be reversed.

*Judgment affirmed. All the Justices concur.*

No. 13311. MAY 14, 1940.

*H. A. Wilkinson,* for plaintiff in error.
*Joe M. Ray, E. L. Smith, Olin Hammock,* and *M. Davis,* contra.